AO 245S Modified (3/90) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

## UNITED STATES DISTRICT COURT
Eastern District of California

JUDGMENT

UNITED STATES OF AMERICA

V.  Case Number: 6:06-MJ-00034-WMW

RAYMOND CHILCOAT

Ann Voris, A.F.D.
Defendant's Attorney

THE DEFENDANT:

[X]    Pleaded guilty to counts one_____.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 2.32 (a)(2) | Interference | One | 04/06/06 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:
xxx-xx-xxxx

Defendant's mailing address:

Merced, CA 95340

Defendant's residence address:

Merced, CA 95340

April 7, 2006
Date of Imposition of Sentence

_____
Signature of Judicial Officer

William M. Wunderlich
U.S. Magistrate Judge
Name and Title of Judicial Officer

Date: April 10, 2006

AO 245S Modified (3/90) Sheet 4 - Probation

*Defendant:* RAYMOND CHILCOAT
*Case Number:* 6:06-MJ-00034-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

ENDING MAY 8TH, 2006.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

*1. Serve 5 days custody pursuant to 18 USC 3563(b)(10). Defendant shall surrender at the Mariposa County Jail before 2:30 PM on May 4, 2006. Court recommends that defendant serve time in custody at the Mariposa County Jail.*

*2. Pay special assessment of $10 by May 8, 2006 to the Clerk's Office, 501 "I" St., #4200, Sacramento, CA 95814.*